# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                              Plaintiff,<br><br>    vs.<br><br>WALKER WOOD PRODUCTS, INC.,<br><br>                              Defendant. | CASE NO. 05CV1880 WQH (LSP)<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. # 43), AND GRANTING JOINT MOTION TO CONTINUE PRETRIAL DATES AND DEADLINES (DOC. # 40) |

HAYES, Judge:

On May 11, 2007, Plaintiff filed a motion for partial summary judgment against Defendant. (Doc. # 19). Thereafter, on June 5, 2007, and August 9, 2007, the parties filed joint motions to continue the hearing date on the motion for partial summary, and the Court granted both motions. (Docs. # 21, 35). On November 1, 2007, Plaintiff filed a motion to withdraw the motion for partial summary judgment without prejudice. (Doc. # 43). The parties agreed at a status conference that settlement talks are ongoing. Good cause appearing, Plaintiff's motion to withdraw (Doc. # 43) the motion for partial summary judgment (Doc. # 19) is GRANTED without prejudice.

On October 19, 2007, the parties filed a joint motion to continue the pretrial dates and deadlines in this case in order to efficiently pursue settlement. (Doc. # 40). Good cause appearing, the motion to continue the pretrial dates (Doc. # 40) is GRANTED. The currently scheduled pretrial dates and deadlines reflected in Docket Entry # 17 are hereby vacated, and the following dates are set

in their place:

    (1) The deadline for submission of the parties' memorandum of fact and law and compliance with FED. R. CIV. P. 26(a)(3) is Monday, January 7, 2008.

    (2) The deadline for counsel to meet and confer regarding the pretrial order is Monday, January 14, 2008.

    (3) The deadline for the parties to lodge the proposed pretrial order is Monday, January 21, 2008.

    (4) The date and time of the Final Pretrial Conference is Monday, January 28, 2008, at 11:00 A.M.

**IT IS SO ORDERED**.

DATED: November 5, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge